<div style="text-align:center">

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

</div>

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of October, two thousand and seventeen,

_____

| | |
|---|---|
| Hong Fei Gao, AKA Xue Liang Zhang, | **ORDER** |
| | Docket No. 16-2262 |
| Petitioner, | |
| v. | |
| Jefferson B. Sessions III, United States Attorney General, | |
| Respondent. | |

_____

IT IS HEREBY ORDERED that the motion by Petitioner to adjourn oral argument is DENIED. The appeal will be placed first on the argument calendar.

<div style="margin-left: 50%">

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

</div>